UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Khia Hollyer

    v.                                    Civil No. 20-cv-954-SE

Trustees of Dartmouth College


## SPECIAL VERDICT FORM

1. Do you find that Ms. Hollyer has proved her negligence claim against Dartmouth College by a preponderance of the evidence?

    YES  ✓            NO _____

    *If you answered "no" to Question 1, please* **stop** *and do not answer any further questions. You will sign this special verdict form and return it to the court clerk.*

    *If you answered "yes" to Question 1, please proceed to Question 2.*


2. State the amount of compensatory damages you award to Ms. Hollyer as a result of Dartmouth College's negligence. Please write the amount in words, not numbers.

    *Eight Hundred and Fifty Thousand Dollars*


Your deliberations are complete. Please sign this special verdict form and return it to the court clerk.

9/23/22                          ████████████████

Date                             Foreperson